IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE Y. THAO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SWARTHOUT,<br><br>　　　　Respondent. | No. C 13-2942 JSW (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Docket No. 2) |

Petitioner is a state prisoner currently incarcerated in Vacaville, California. He has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his conviction in Sacramento County Superior Court. A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Vacaville and Sacramento both lie within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Accordingly, this action is TRANSFERRED to the United States District Court for the Eastern District of California. Ruling on the pending application for leave to proceed in forma pauperis (docket number 2) is deferred to the Eastern District in light of this transfer.

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: July 30, 2013

　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

LEE THAO,

        Plaintiff,

  v.

SWARTHOUT et al,

        Defendant.

Case Number: CV13-02942 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lee Y. Thao
P.O. Box 4000
#K04982
Vacaville, CA 95696-4000

Dated: July 30, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk